IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| UNITED STATES OF AMERICA | : | CRIMINAL NO. 5:14-CR-61-CAR |
| --- | --- | --- |
| | : | |
| v. | : | VIOLATION: 21 U.S.C. § 841 (a)(1) |
| | : | 21 U.S.C. § 841 (b)(1)(C) |
| JOHNNY REYES, Jr. | : | 21 U.S.C. § 844 (a) |
| | : | 18 U.S.C. § 2 |

**THE GRAND JURY CHARGES:**

<u>COUNT ONE
POSSESSION WITH INTENT TO DISTRIBUTE 3, 4-
METHYLENEDIOXYMETHCATHINONE HYDOCHLORIDE</u>

That on or about April 18, 2013, in the Macon Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court,

**JOHNNY REYES, Jr.,**

aided and abetted by others both known and unknown to the Grand Jury, did unlawfully and knowingly possess with intent to distribute a Schedule I controlled substance, to wit: a mixture and substance containing a detectable amount of 3, 4 methylenedioxymethcathinone Hydrochloride, also known as methylone also known as "Molly", in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C) and Title 18, United States Code, Section 2.

## COUNT TWO
## POSSESSION WITH INTENT TO DISTRIBUTE COCAINE BASE

That on or about April 18, 2013, in the Macon Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court,

**JOHNNY REYES, Jr.,**

aided and abetted by others both known and unknown to the Grand Jury, did unlawfully and knowingly possess with the intent to distribute a Schedule II controlled substance, to wit: cocaine base, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C) and Title 18, United States Code, Section 2.

## COUNT THREE
## POSSESSION WITH INTENT TO DISTRIBUTE COCAINE

That on or about April 18, 2013, in the Macon Division of the Middle District of Georgia, and elsewhere within the jurisdiction of the Court,

**JOHNNY REYES, Jr.,**

aided and abetted by others both known and unknown to the Grand Jury, did unlawfully and knowingly possess with intent to distribute a Schedule II controlled substance, to wit: cocaine, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT FOUR
## POSSESSION OF MARIJUANA

That on or about April 18, 2013, in the Macon Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court,

**JOHNNY REYES, Jr.,**

aided and abetted by others both known and unknown to the Grand Jury, did unlawfully, knowingly and intentionally possess a Schedule I controlled substance, to wit: marijuana, in violation of Title 21, United States Code, Section 844(a) and Title 18, United States Code, Section 2.

A TRUE BILL.

/s/ *Foreperson of the Grand Jury*
FOREPERSON OF THE GRAND JURY

PRESENTED BY:
MICHAEL J. MOORE
UNITED STATES ATTORNEY

Kimberly S. Easterling
Assistant United States Attorney

*Filed in open court this* 14th *day of October, 2014.*

_____
Deputy Clerk